**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6605

TYRONE MORTON,

Plaintiff - Appellant,

versus

SERGEANT FIELDS, Aiken County Detention
Center; EDDIE SMITH, Officer at Aiken County
Detention Center; OFFICER HALL, Aiken County
Detention Center,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. R. Bryan Harwell, District Judge.
(CA-04-1185-2-RBH)

Submitted: July 14, 2005                Decided: July 27, 2005

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Morton, Appellant Pro Se. William Henry Davidson, II,
Barton Jon Vincent, DAVIDSON, MORRISON & LINDEMANN, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrone Morton appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his action under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Morton v. Fields, No. CA-04-1185-2-RBH (D.S.C. Mar. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED